**FIFTH DIVISION**
**MCFADDEN, P. J.,**
**BARNES, P. J., and BROWN, J.**

NOTICE: Motions for reconsideration must be *physically received* in our clerk's office within ten days of the date of decision to be deemed timely filed.
https://www.gaappeals.us/rules

**October 15, 2024**

# In the Court of Appeals of Georgia

A23A0605. DOE v. VEST MONROE et al.

MCFADDEN, Presiding Judge.

In *Doe v. Vest Monroe*, 368 Ga. App. 572 (890 SE2d 439) (2023), this court reversed the trial court's denial of John Doe's motion for class certification. Our Supreme Court reversed our decision, holding that the trial court acted within its discretion in denying Doe's motion. *Vest Monroe v. Doe*, ___ Ga. ___, ___ (___ SE2d ___) (Case No. S23G1224, decided Sept. 4, 2024). Accordingly, we vacate our previous opinion in this case, adopt the opinion of the Supreme Court as our own, and affirm the trial court's judgment.

*Judgment affirmed. Barnes, P. J., and Brown, J., concur.*